IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FELIX RICO CORDOVA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:26-cv-097-K-BN |
| | § | |
| KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, ET AL., | § § § § | |
| Respondents. | § | |

## ORDER

The government must file a response to Petitioner Felix Rico Cordova's petition for writ of habeas corpus and motion for temporary restraining order and/or preliminary injunction [Dkt. Nos. 1 & 3] by **January 22, 2026**. And Petitioner may file a reply brief by **January 28, 2026**.

SO ORDERED.

Signed January 14th, 2026.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE