IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FELIX RICO CORDOVA,** | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. 3:26-CV-97-K-BN |
| | § | |
| **KRISTI NOEM, et al.,** | § | |
| Respondents. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues have been duly considered and a decision duly rendered. The Court **GRANTS in part** Petitioner Felix Rico Cordova's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Dkt. No. 1]. The Court **DENIES** the Emergency Motion for Temporary Restraining Order [Dkt. No. 2]

It is ORDERED, ADJUDGED, and DECREED that, by **12:00 p.m. Central Time, February 4, 2026**, Respondents shall either: (1) provide Petitioner Felix Rico Cordova with a bond hearing before an immigration judge at which the Government shall bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, Petitioner's continued detention; or (2) release Petitioner Felix Rico Cordova from custody, under appropriate conditions of release, to a public place.

It is further ORDERED, ADJUDGED, and DECREED that, by **5:00 p.m. Central Time, February 4, 2026**, Respondents shall **FILE** a notice informing the Court whether Petitioner Felix Rico Cordova has been released from custody. If

Petitioner Felix Rico Cordova has not been released from custody, Respondents shall inform the Court whether and when a bond hearing was held in accordance with the preceding paragraph. Respondents shall further inform the Court, in detail, of the reasons for the immigration judge's decision.

It is further ORDERED, ADJUDGED, and DECREED that, if Petitioner Felix Rico Cordova is released, Respondents must **NOTIFY** Petitioner's counsel of the exact location and exact time of his release as soon as practicable and **no less than two hours before his release**.

Signed January 28th, 2026.

_____
ED KINKEADE
UNITED STATE DISTRICT JUDGE